JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES EUGENE BOWERMASTER, | ) | NO. CV 22-735-DSF (KS) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) | |
| BILL BROWN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 10, 2022

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE